OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

James L. HEIDECKER, Jr., Respondent.

No. 345, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 29, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of July, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 2, 1997, it is hereby

ORDERED that James L. Heidecker, Jr., be and he is suspended from the Bar of this Commonwealth for a period of three months and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall refund the $2,500.00 retainer and, pursuant to Rule 208(g), Pa.R.D.E., he shall pay costs to the Disciplinary Board.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Gregory Alan HENRY, Respondent.

No. 212, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 29, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of July, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 10, 1997, it is hereby

ORDERED that GREGORY A. HENRY be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Glenn D. DeSANTIS, Respondent.

No. 176, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 29, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of July, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 10, 1997, it is hereby

ORDERED that GLENN D. DeSANTIS be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years, retroactive to February 26, 1996, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.